# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTHUR CHARLES HARRIS et al**<br>Plaintiff,<br>v.<br>**TRANS UNION, LLC et al**<br>Defendants. | **CIVIL ACTION NO. 21-2148** |

## ORDER

**AND NOW,** this 13th day of October 2021, pursuant to the letter from Counsel and the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs, as to Defendant Trans Union, LLC **ONLY**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**



1635 Market Street
Suite 1600
Philadelphia, PA 19103
215.330.2100
www.greggorskilaw.com

*Gregory Gorski, Esquire*
greg@greggorskilaw.com

October 13, 2021

<u>Via Email</u>
The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA  19106-1721

Re:     Harris, et al. v. Trans Union, LLC, *et al.* – Case No. 2:21-cv-02148-CMR

Dear Judge Rufe:

  I am writing to inform the Court that Plaintiffs have resolved their claims with Defendant Trans Union, LLC in the above matter.  Plaintiffs therefore respectfully request that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter as to this defendant only.

Respectfully Submitted,

GREGORY GORSKI

Cc:     The Honorable Carol Sandra Moore Wells (via email)
   All Counsel of Record (via email)