IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR CHARLES HARRIS, *et al.*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, *et al.* | : | NO. 21-02148 |

## ORDER

**AND NOW**, this 14th day of October, 2021, pursuant to the negotiations of Counsel and the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs, as to Defendant Customers Bank **ONLY**.

**IT IS SO ORDERED**.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS