# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR CHARLES HARRIS et al<br>**Plaintiff,**<br>**v.**<br>TRANS UNION, LLC et al<br>**Defendants.** | CIVIL ACTION NO. 21-2148 |

## ORDER

**AND NOW,** this 15th day of December 2021, pursuant to the attached letter from counsel and provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

───────────────────
**CYNTHIA M. RUFE, J.**



1635 Market Street<br>
Suite 1600<br>
Philadelphia, PA 19103<br>
215.330.2100<br>
www.greggorskilaw.com<br>
<br>
*Gregory Gorski, Esquire*<br>
greg@greggorskilaw.com

December 15, 2021

<u>Via Email</u>
The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106-1721

Re:   Harris, et al. v. Trans Union, LLC, *et al.* – Case No. 2:21-cv-02148-CMR

Dear Judge Rufe:

    I am writing to inform the Court that Plaintiffs have resolved their claims with Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC in the above matter. Plaintiffs therefore respectfully request that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter.

Respectfully Submitted,

_____
GREGORY GORSKI

Cc:   All Counsel of Record (via email)